IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YAN YAN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 4:10-CV-00212 |
| | : | |
| PENNSYLVANIA STATE UNIVERSITY, | : | JUDGE JONES |
| ZHI-CHUN LAI, and LI-LUN HO, | : | |
| Defendants | | |

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on September 27, 2011, and the results of that conference are indicated below:

____    The case has been completely settled.

__X__   No settlement reached.

____    The parties have reached an impasse. The parties and the mediator agree that a future mediation conference(s) may be beneficial and will engage in additional discussions if appropriate.

/s/ Thomas B. Schmidt, III
Thomas B. Schmidt, III (19196)
PEPPER HAMILTON LLP
100 Market Street, Suite 200
Post Office Box 1181
Harrisburg, PA 17108-1181
(717) 255-1155
(717) 238-0575 (fax)
schmidtt@pepperlaw.com

Date: September 27, 2011

#8905751 v1