*Yan v. Penn State*

# EXHIBIT 2

CONFIDENTIAL

AUG-01-2005 MON 12:09 PM PSU-GRADUATE SCHOOL          FAX NO. 814 863 4627          P. 03

The Pennsylvania State University
Office of Graduate Enrollment Services
114 Kern Building

# REPORT ON THE DOCTORAL COMPREHENSIVE EXAMINATION

This exam must result in a grade of Pass or Fail. The report of this exam must be reported within ten working days of the examination.

We certify that following student appeared before us and was given a Comprehensive Examination, the results of which are indicated below.

| Name: | Yan Yan | Degree: | Doctor of Philosophy |
| PSUID: | 924892043 | Major: | Genetics |
| Exam Date: | August 02, 2005 | | |

| Superior | Above Average | Average | Below Average | Fail | Signature of each committee member |
|---|---|---|---|---|---|
| | | | | ✓ | Hui-Ling Chiang |
| | | | | ✓ | James E. Hopper |
| | | | | ✓ | Ralph Lauren Keil |
| | | | | ✓ | John W. Wills |

**Committee Decision** (A favorable vote of at least two-thirds of the committee members is required for passing)

It is agreed that the candidate:

PASSED    The decision was:    unanimous ☐
                               divided ☐

FAILED    The committee recommends that another examination:    be given ☑
                                                                not be given ☐

Comments and signatures of dissenting members: (Dissenting members who prefer are invited to present their comments to the Dean by letter or in person.)

_____          8/5/08
Signature of Committee Chair              Date:

*This report should be signed by the committee members and by the committee chairperson. Please send one copy to the Office of Graduate Enrollment Services at once.*

*Comprehensive Examination results may be reviewed by the student as part of the official student record.*

