# EXHIBIT 41

```
Date: Mon, 29 Oct 2007 16:04:33 -0400
To: perrimon@receptor.med.harvard.edu
Cc: zcl1@psu.edu
From: "YAN YAN" <yuy111@psu.edu>
Subject: request fly strains
X-Sender: yuy111
X-Originating-IP: 128.118.236.152
X-Virus-Scanned: by amavisd-new
```

Dear Prof. Perrimon:

I am a graduate student of PSU. I am working in Dr Zhi-Chun Lai's lab. I am looking for a good GFP MARCM line for my project. I read lots of your great papers. And I find you have some lines which are great to generate MARCM clones.

In the paper "Micchelli C., and Perrimon, N. (2006) Evidence that stem cells reside in the adult Drosophila midgut epithelium Nature. 439: 475-479", the following lines are good for me:

y,w, hsflp122;FRT40A, ubiq GFP/Cyo;

y,w; FRT40A y + ;

y,w,UAS-GFP, hsflp; tubulin-Gal4;FRT82B, tubulin Gal80/TM6B;

y,w,hsflp; FRT82B, hs pi-Myc;

Would you please send them to me? Our Federal Express account number is 260108832, please feel free to use it for your convenience. Thank you for your help.

My mailing address is:

Dr Zhi-Chun Lai

210 Life Sciences Building

Department of Biology

Penn State University

University Park, PA 16802


Yan Yan


Yan Yan
graduate student

CDB program
Penn State University

DEF002683

Replied

| | |
|---|---|
| **From** | Zhi-Chun Lai <zcl1@psu.edu> ☐ |
| **To** | YAN YAN <yuy111@psu.edu> ☐ |
| **Subject** | Re: fly strains requested |
| **Date** | Wed, Nov 7, 2007 04:55 PM |

**Safe View**  On [Turn Off]   What is "Safe View"?

```
>Dr Lai:
>I got 3 fly strains from Prof.Norbert Perrimon today. Do you want me
>keep them or do you want have a stock as well? Thank you!
>
>Yan
>
>Yan Yan
>graduate student
>CDB program
>Penn State University
```

hi, Yan,

As they are tools, I would like to keep a copy so we don't easily lose them.
Thanks
--
------------------------------------------------------------------
Zhi-Chun Lai, Ph.D.
Associate Professor
Department of Biology
Department of Biochemistry and Molecular Biology
201 Life Sciences Building
The Pennsylvania State University
University Park, PA 16802
Tel: (814) 863-0479
Fax: (814) 863-1357
http://www.bio.psu.edu/biology/directory/homepages/zcl1.action

**From** mapisegn@mdanderson.org ☐
**To** yuy111@psu.edu ☐
**Subject** Fw: request fly stocks
**Date** Mon, Apr 7, 2008 04:02 PM

**Safe View** On [Turn Off]   What is "Safe View"?

Dear Yan Yan,

I am Georg Halder's assistant.  Please send me your lab's mailing address
and telephone number for the shipping label, then I can send you some flies.

Sincerely,
Marlese P.
Halder Lab

----- Forwarded by Marlese A. Pisegna/HOU/UTMDACC on 04/07/08 02:53 PM
-----

>       Date: Sun, 6 Apr 2008 11:43:59 -0400
>       To: <ghalder@mdanderson.org>
>       From: YAN YAN <yuy111@psu.edu>
>       Subject: request fly stocks
>       X-Sender: yuy111
>       X-Originating-IP: 128.118.80.249
>
>       Dear prof. Georg Halder :
>       I am a graduate student of PSU. I am working in Dr Zhi-Chun Lai's
>       lab. I am looking for hippo mutant line for my project. I read lots
>       of your great papers. And I find you have some lines which are great
>       to for my experiments.
>       In the paper"Nature Cell Biology  5, 914 - 920 (2003) Hippo promotes
>       proliferation arrest and apoptosis in the Salvador/Warts pathway.
>       Ryan S. Udan, Madhuri Kango-Singh, Riitta Nolo, Chunyao Tao & Georg
>       Halder" I found these lines are good for me:
>       Y,w;FRT42D hpoKC202/
>       Y,w;FRT82B savshrp1/
>       Y,w;FRT82B cl p[w+]
>       Will you help and send them to me?
>       Thank you and have a nice day!

Yan Yan
graduate student
CDB program
Penn State University

--


Georg Halder
The University of Texas
MD Anderson Cancer Center
Biochemistry and Molecular Biology
Program in Genes and Development
1515 Holcombe Boulevard, Box 1000
Houston, TX 77030-4095

Office   (713) 834-6288
Lab      (713) 834-6290
Fax      (713) 834-6266
ghalder@mdanderson.org
UPS Number:   1 R O 1 9 E

000050

**From**  Janice Kennedy <jkk5@psu.edu> ☐
**To**  YAN YAN <yuy111@psu.edu> ☐
**Subject**  Re: Committee Member - Stephen Schaeffer
**Date**  Thu, Apr 10, 2008 12:00 PM
            On [Turn Off]   What is "Safe View"?
**Safe View**

Dear Yan,

You have a package from M D Biochemistry (Gloria Gonzalez).

We can use the same form that you gave me, but just have those two Outside Members sign again, switching places.

Stop by when you can and I will give you the form.

Janice

At 10:01 AM 4/10/2008, you wrote:

> Dear Janice:
> I think you are right.
> I will get a new form from you and collect the signatures.
> Thank you!
> Yan
>
> On Wed, Apr 9, 2008 05:07 PM, **Janice Kennedy <jkk5@psu.edu>** wrote:
>
> Dear Yan,
> I am checking with you about Stephen Schaeffer as an outside
> member. He is appointed through Biology which is the same
> Department
> as Dr. Lai. So I have to move him to the second Outside Member
> position (2nd page). Then I need to move Dr. Yanming Wang to the
> bottom of the 1st page as Outside Member, with his Department
> as BMB.
> You did mean to have Stephen Schaeffer on your committee, and not
> Steven Schiff, who is a faculty member in Neuroscience and
> Engineering
> Science. Is this correct?
> I may need them to sign in the new position, but I will check with the

Graduate School tomorrow.
Janice

Yan Yan
graduate student
CDB program
Penn State University

000058

| | |
|---|---|
| **From** | Tian Xu <tian.xu@yale.edu> ☐ |
| **To** | YAN YAN <yuy111@psu.edu> ☐ |
| **Subject** | Re: request fly stocks |
| **Date** | Sat, Apr 12, 2008 12:52 PM |
| **Safe View** | On [Turn Off]   What is "Safe View"? |

Happy to send the fly stocks to you. Please give us the address and charge account number.
Tian


On 4/11/08 2:26 PM, "YAN YAN" <yuy111@psu.edu> wrote:

> Dear Prof. Xu:
>
> I am a graduate student in Dr Zhi-Chun Lai's lab in PSU. I am
> looking for some fly stocks for my project. I read a lot of your great
> papers.
> In one of them,  "Tao W, Zhang S, Turenchalk GS, Stewart RA, St
> John MA, Chen W, Xu T.
> <http://www.ncbi.nlm.nih.gov/pubmed/9988268?ordinalpos=5&amp;i
> tool=EntrezSystem2.PEntrez.Pubmed.Pubmed_ResultsPanel.Pubmed_
> RVDocSum> Human homologue of the Drosophila melanogaster lats
> tumour suppressor modulates CDC2 activity.Nat Genet. 1999
> Feb;21(2):177-81." , I found some strains are good for me.
>
> Y,w; FRT82B lats a1   or y,w; FRT82B latsx1
> Y,w; FRT82B P[y+]96E
> Would you mind sneding them to me? Thank you for your help. And by
> the way, do you have  the full length of human Lats 1 cDNA in this
> paper as well? I want it as well.
>
>
> Thank you and have a nice day!
>
>
> Yan Yan
> graduate student
> CDB program
> Penn State University

--

Tian Xu, Ph.D.
Professor & Vice Chair of Genetics, Yale University School of Medicine
Investigator, Howard Hughes Medical Institute
Director, Institute of Developmental Biology & Molecular Medicine, Fudan University

BCMM236, 295 Congress Avenue
New Haven, CT 06510
Phone: (203)737-2623
Fax: (203)737-1762

CONFIDENTIAL
Exhibit A3

# INVOICE




**Bio-Rad Laboratories**

SHIP TO
092134000
PENN STATE UNIV/UNIVERSITY PK
YAN YAN
BIOLOGY DEPT
201 LIFE SCIENCE BLDG
UNIVERSITY PARK PA 16802

BILL TO
092134000
PENN STATE UNIV/UNIVERSITY PK
201 LIFE SCIENCE BLDG
UNIVERSITY PARK PA 16802

Please Remit To

**Bio-Rad Laboratories**
Life Science Group
**Dept. 9750**
Los Angeles, CA, 90084-9750

| ORDER ID | SUFFIX | INVOICE ID | INVOICE DATE | SHIP DATE | CARRIER | F.O.B. |
|---|---|---|---|---|---|---|
| US0604642 | SO101 | SLI10893852 | 03-10-08 | 03-10-08 | DHL 2 Day Service | FOB Dest, PPD+ADD |

| PURCHASE ORDER ID | CASE NUMBER | PAYMENT TERMS | PAGE NUMBER |
|---|---|---|---|
| VILAI03/10/08 | | Visa | 1 |

Special Instructions  Placed by: YAN YAN    Telephone: 18148633546
Customer Reference:        Reference B:
                Channel: Default Phone

| CATALOG NUMBER | QTY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1610374 | 2.000 Includes Frt Bill | PRECISION PLUS STD DUAL COLOR 2 of Lot# 310004494 46579010380 | 118.00 | 236.00 |
| | | Subtotal | | 236.00 |
| | | Packing Charge | | 0.00 |
| | | Freight | | 9.48 |
| | | Tax | | 0.00 |
| | | Grand Total | | 245.48 |
| | | Credit Card Charged | | -245.48 |
| | | Total Due | | 0.00 |

hese commodities, technology or software were shipped in accordance with the Export Administration Regulations.
)iversion contrary to U.S. law prohibited.
lease direct merchandise returns to 3300 Regatta Blvd. Richmond, CA 94804.
or sales of computer monitors in the state of California, Bio-Rad will pay the CA Electronic Waste Recycling Fee.

DEF000929

| | |
|---|---|
| From | Zhi-Chun Lai <zcl1@psu.edu> ☐ |
| To | lxh199@psu.edu ☐ , xuy102@psu.edu ☐ , yuy111@psu.edu ☐ |
| Subject | Fwd: Fed Ex Bill |
| Date | Wed, Apr 30, 2008 10:21 AM |

On [Turn Off]   What is "Safe View"?
**Safe View**

I need to know whether any of you have requested anything from Tian Xu and Gloria Gonzalez labs recently.
Thanks

> From: "Lindsey Charles" <ljc15@psu.edu>
> To: <zcl1@psu.edu>
> Subject: Fed Ex Bill
> Date: Tue, 29 Apr 2008 15:43:31 -0400
> Thread-Index: AciqMU12TuJpESy8SY6pKQwR896dWw==
>
> X-Virus-Scanned: by amavisd-new
>
>
> **Hi Dr. Lai,**
>
> **I have a FedEx bill here for you for two packages. One delivered from Tiam Xu of Yale; the other delivered from Gloria Gonzalez of M D Anderson Bio Chemistry. Which account would you like this charged to?**
>
> **Thanks,**
>
> Lindsey J. Charles
>
> Accounting Clerk
>
> Department of Biology
>
> The Pennsylvania State University
>
> 216 Mueller Lab
>
> University Park, PA 16802

Telephone Number: (814)865-9132

Fax: (814)865-0768

E-mail: ljc15@psu.edu

\-\-

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

Zhi-Chun Lai, Ph.D.
Associate Professor
Department of Biology
Department of Biochemistry and Molecular Biology
201 Life Sciences Building
The Pennsylvania State University
University Park, PA 16802
Tel: (814) 863-0479
Fax: (814) 863-1357
http://www.bio.psu.edu/biology/directory/homepages/zcl1.action

000219