IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YAN YAN, | : | Case No. 4:10-CV-00212 |
|     Plaintiff, | : | |
| v. | : | Judge John E. Jones, III |
| | : | |
| PENN STATE UNIVERSITY, ZHI-CHUN LAI, and LI-LUN HO, | : | Complaint filed:  1/26/2010 |
| | : | Amended Complaint filed: 5/26/2010 |
| | : | 2nd Amend Complaint filed: 1/14/2011 |
|     Defendants. | : | |
| | : | ***Electronically Filed*** |

## CERTIFICATE OF WORD COUNT

I, Katherine M. Allen, attorney for Defendants, hereby certify that Defendants' Brief in Support of Motion for Summary Judgment contains 5,935 words and is in compliance with the Court's Order regarding same.

                              McQUAIDE BLASKO

                              By:  s/Katherine M. Allen
                                      Katherine M. Allen, Esquire
                                      I.D. No. 77676
                                      811 University Drive
                                      State College, PA 16801
                                      (814) 238-4926
                                      Fax: (814) 238-9624
                                      Attorneys for Defendants