IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YAN YAN, | No. 4:10-CV-00212 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| PENN STATE UNIVERSITY, ZHI-CHUN LAI, and LI-LUN HO, | |
| Defendants. | |

# ORDER

**MARCH 10, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiff Yan Yan's motion to reopen the case (Doc. 99) is **DENIED**. The Clerk of Court is directed to keep this case **CLOSED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge